# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NORTH DAKOTA

| | |
|---|---|
| IN THE MATTER OF THE SEARCH OF ) <br> INFORMATION ASSOCIATED WITH ) <br> THE USERNAME IDENTIFIED AS ) <br> "csdt@me.com," THAT IS STORED AT ) <br> PREMISES CONTROLLED BY ) <br> APPLE, INC. ) | **ORDER OF NONDISCLOSURE** <br><br> Case No. 4:14-mj-270 |

On December 3, 2014, the court issued an order commanding Apple, Inc. ("the Provider") not to notify any person of the existence of the warrant until March 11, 2016, unless otherwise ordered by the court.

On January 20, 2016, the United States filed a motion requesting an extension of the court's order re nondisclosure on the ground that disclosure of the warrant will seriously jeopardize an ongoing criminal investigation. See 18 U.S.C. § 2705(b)(2), (3), and (5).

For good cause shown, the court **GRANTS** the motion (Docket No. 5). It is **ORDERED** that, under 18 U.S.C. § 2705(b), the Provider shall not disclose the existence of the warrant, the United States' motions, or this court's orders to the listed subscriber or to any other person until at least March 31, 2017, unless and until otherwise authorized to do so by the court, except that the Provider may disclose the warrant to its attorney(s) for the purpose of obtaining legal advice.

It is further **ORDERED** that this matter shall remain under seal until March 31, 2017, unless otherwise ordered by the court.

Dated this 21st day of January, 2016.

*/s/ Charles S. Miller, Jr.*
Charles S. Miller, Jr., Magistrate Judge
United States District Court